PER CURIAM.

(No. 73-CC-399—Claimant )

MODERN BUSINESS SYSTEMS, INC., Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed August 6, 1973.*

MODERN BUSINESS SYSTEMS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.